FILED IN OPEN COURT
ON 5-24-17 *oc*
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-167-1H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| ROBERTO HERNANDEZ-CUARENTA | ) | |

The Grand Jury charges that:

## COUNT ONE

(Voting by Alien)

On or about November 6, 2012, in Nash County, in the Eastern District of North Carolina, the defendant, ROBERTO HERNANDEZ-CUARENTA, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT TWO

(Voting by Alien)

On or about November 8, 2016, in Nash County, in the Eastern District of North Carolina, the defendant, ROBERTO HERNANDEZ-CUARENTA, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President,

Member of the Senate, and Member of the House of Representatives,

in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

Foreperson

Date:

JOHN STUART BRUCE
United States Attorney

BY: ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division