IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA        :
       :    CRIMINAL NO. 5:17-CR-167-1H(2)
       v.                :
       :

ROBERTO HERNANDEZ-CUARENTA

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **Roberto Hernandez-Cuarenta**

2. Detained by:   **Nash County Jail**
                 **Fax: 252-459-1360**
                 **Phone: 252-459-1536**

3. Detainee is (X) charged in this district by (X) Indictment of violating Title 18, U.S.C. § 611(a), OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **March 12, 2018, at 8:00 a.m.** (**x**) **in the U.S. District Court, Greenville, N.C.,** OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance (X) arraignment/plea ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

                           /s/ *Ethan A. Ontjes*
                           ETHAN A. ONTJES
                           Assistant United States Attorney

WRIT OF HABEAS CORPUS

(x) Ad Prosequendum      ( ) Ad Testificandum      ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2018.

                                   _____
                                   United States Magistrate Judge