UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-167-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERTO HERNANDEZ-CUARENTA | ) |
| Defendant. | ) |
| _____ | ) |

**MOTION FOR IN CAMERA REVIEW**

NOW COMES DEFENDANT ROBERTO HERNANDEZ-CUARENTA'S counsel, who

respectfully moves this Court for an order directing Attorney David C. Braswell to provide this

Court with a copy of the Defendant's psychological evaluation prepared as part of Defendant's

competency hearing held in Nash County Superior Court.  In support of this Motion, Defendant's

counsel shows the Court the following:

1.      Defendant is charged with two counts of Misdemeanor Voting By An Alien.

2.      Both Defendant's counsel and the government have concerns about the Defendant's

competency to stand trial in this matter.

3.      Defendant has been charged in Nash County NC with unrelated felonies and is

represented by Attorney David C. Braswell.

4.      Defendant's undersigned counsel has spoken with Attorney Braswell who said the

following:

   a.   He also has concerns about the Defendant's competency;

   b.   He obtained a court order allowing Defendant to receive a psychological evaluation

        of competency;

c. Defendant was transported to the Butner Prison Hospital and received a psychological evaluation of competency;

d. A Nash County Superior Court Judge conducted a hearing to evaluate Defendant's competency, reviewed the Defendant's Butner psychiatric report and concluded that the Defendant was competent to stand trial; and

e. Attorney Braswell asked the Defendant for permission to share the Butner psychiatric report with Defendant's undersigned counsel and the Defendant refused.

5. Defendant's undersigned counsel believes this Court's may better evaluate the Defendant's competency after reviewing the Butner psychiatric report.

6. Counsel has contacted AUSA Ethan A. Ontjes regarding this Motion, and he states that the Government does not oppose this Motion.

7. Accordingly, the Defendant agrees that the ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy trial and the period of delay caused by this motion is therefore excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. sec. 3161 (h)(7).

WHEREFORE, Defendant respectfully requests that this Motion be granted and that the Court enter an Order directed Attorney Braswell to provide this Court with a copy of the Defendant's Butner psychiatric report for *in camera* review.

2

Respectfully submitted this the 5th day of March 2018.

McCoppin & Associates Attorneys at Law P.A.

/s/ Andrew McCoppin
ANDREW MCCOPPIN
Attorney for Defendant
1250 S.E. Maynard Road, #202
Cary, NC 27511
Mobile:        919-306-7621
Office:        919-481-0011
Fax:           919-461-4949
Email: andrew@mccoppinlaw.com
CA State Bar No. 175242
NC State Bar No.   27125
Criminal CJA – Appointed Counsel

CERTIFICATE OF SERVICE

Today, I served a copy of the foregoing upon the United States by electronic filing with CM/ECF to the person identified below:


      Mr. Ethan A. Ontjes
      Assistant Unites States Attorney

Respectfully submitted this the 5th day of March 2018.


      McCoppin & Associates Attorneys at Law P.A.

      /s/ Andrew McCoppin
      ANDREW MCCOPPIN
      Attorney for Defendant
      1250 S.E. Maynard Road, #202
      Cary, NC 27511
      Mobile:      919-306-7621
      Office:      919-481-0011
      Fax:      919-461-4949
      Email: andrew@mccoppinlaw.com
      CA Bar No.      175242
      NC Bar No.      21725
      CJA – APPOINTED COUNSEL